

E-FILED
Wednesday, 06 January, 2016 11:02:07 AM
Clerk, U.S. District Court, ILCD

FILED
JAN 06 2016
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR 16-20001 |
| Plaintiff, ) | |
| v. ) | |
| ) | IN VIOLATION OF: |
| ) | Title 29, United States Code, |
| JERRY L. CONNER, ) | Section 439(c) |
| ) | |
| Defendant. ) | |

## INFORMATION

The UNITED STATES ATTORNEY charges:

At times material to this Information:

1.  Teamsters Local 279, was a labor organization engaged in an industry affecting commerce and subject to the Labor Management Reporting and Disclosure Act of 1959, 29 U.S.C. § 401, et seq., required to file an annual financial (LM series) report with the Secretary of Labor.

2.  Pursuant to 29 U.S.C. § 436, and the Local 279's Bylaws, the local executive board is to maintain records on the matters required to be reported which will provide in sufficient detail the necessary basic information and data from which the documents filed with the Secretary may be verified, explained, or clarified, and checked for accuracy and completeness, and shall include vouchers, worksheets, receipts, and applicable resolutions.

3. Local 279's Bylaws, at Section 14 (A)(2) state that the local executive board is empowered to establish the salaries for the officers and Business Agent but changes in the salaries, allowances or expenses of the officers and Business Agents shall be specifically set forth in the minutes of the Executive Board meeting at which such changes are approved.

4. From on or about December 2012 to on or about January 2013, in Macon County, in the Central District of Illinois,

**JERRY L. CONNER**

the defendant herein, did willfully make a false entry in, destroy, and conceal a record required to be kept by Section 436 of Title 29, United States Code, that is, minutes of the Executive Board meeting accounting for changes in salaries or expenses, a record on matters required to be reported in the annual financial report of Local 279 which was required to be filed with the Secretary of Labor for such labor organization's fiscal year ending on December 2012.

All in violation of Title 29, United States Code, Section 439(c).

Respectfully submitted,

JAMES A. LEWIS
United States Attorney
s/Elly Peirson

Elly M. Peirson, Assistant United States Attorney
IL# 6298075
United States Attorney's Office
201 S. Vine St., #226
Urbana, IL   61802
(217) 373-5875